**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. CV 22-6110 PA (MAR) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CROWN SMOKE & VAPE, INC., BARNARD BITTER, and ATTALA LAWRENCE, | |
| Defendants. | |

In accordance with the Court's January 5, 2023 Minute Order dismissing this action for failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: January 5, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE